UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-vs-

ANN FRANK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 29 2006 ★
BROOKLYN OFFICE

JUDGMENT OF ACQUITTAL

CASE NO.: CR- 05-40

The defendant was found not guilty. IT IS ORDERED that the defendant is acquitted, discharged, and any bond exonerated.

s/John Gleeson
---
Signature of Judicial Officer

JOHN GLEESON, U.S.D.J.
---
Name/Title of Judicial Officer

DATE: December 27, 2006

A TRUE COPY ATTEST
December 27, 2006
ROBERT C. HEINEMANN
CLERK
BY _____
DEPUTY CLERK